```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 09635
    WILLIS D LEWIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6173


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 03/11/2004 and was confirmed 06/24/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/11/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00            .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    19041.49            .00         19041.49
NORTH AMERICAN MORTGAGE    NOTICE ONLY     NOT FILED            .00              .00
NORTH AMERICAN MORTGAGE    SECURED NOT I    17169.37            .00              .00
VILLAGE OF BELLWOOD        SECURED            700.00            .00           700.00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00              .00
ECAST SETTLEMENT CORP      UNSECURED          830.81            .00           830.81
DENNIS G KNIPP             DEBTOR ATTY      1,560.00                        1,560.00
TOM VAUGHN                 TRUSTEE                                          1,297.55
DEBTOR REFUND              REFUND                                             660.15

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                24,090.00

PRIORITY                                              .00
SECURED                                         19,741.49
UNSECURED                                          830.81
ADMINISTRATIVE                                   1,560.00
TRUSTEE COMPENSATION                             1,297.55
DEBTOR REFUND                                      660.15
                       --------------          --------------
TOTALS                 24,090.00                24,090.00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 09635 WILLIS D LEWIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 09635 WILLIS D LEWIS